ACCEPTED
03-15-00518-CV
8200889
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 1:48:08 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00518-CV

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 1:48:08 PM
JEFFREY D. KYLE
Clerk

_____

## CITY OF SAN MARCOS, TEXAS
*Appellant*

**v.**

## SAM BRANNON, COMMUNITIES FOR TEXAS THRIVING WATER FLUORIDE-FREE SAN MARCOS, MORGAN KNECHT AND KATHLEEN O'CONNELL
*Appellee*

_____

On Appeal from the 274th Judicial District Court of Hays County, Texas
Honorable R. Bruce Boyer, Judge Presiding
Trial Court Cause Number 15-1266

---

### NOTICE OF REPRESENTATIVE PRESENTING
### ORAL ARGUMENTS FOR APPELLANT

---

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that the following attorneys of record will attend oral arguments on behalf of Appellant, City of San Marcos, on January 13, 2016, in the above styled and numbered cause. Mr. McKamie will present the oral argument.

William M. McKamie
State Bar No. 16436750
McKamie Krueger, LLP
941 Proton Rd.
San Antonio, Texas 78258

1

Phone: 210.546.2122/ Fax: 210.546.2130
mick@mckamiekrueger.com

Michael J. Cosentino
State Bar No. 04849600
CITY ATTORNEY
CITY OF SAN MARCOS, TEXAS
512.393.8153/ Fax 512.393.3983
mcosentino@sanmarcostx.gov

Respectfully submitted,

**MCKAMIE KRUEGER, LLP**
941 Proton Rd.
San Antonio, Texas 78258
210.546.2122
210.546.2130 (Fax)

/s/: William M. McKamie
WILLIAM M. McKAMIE
State Bar No. 13686800
mick@mckamiekrueger.com

and

**CITY ATTORNEY**
CITY OF SAN MARCOS, TEXAS
512.393.8153
Fax 512.393.3983

/s/: Michael J. Cosentino
MICHAEL J. COSENTINO
State Bar No. 04849600
mcosentino@sanmarcostx.gov

**ATTORNEYS FOR DEFENDANT**
**CITY OF SAN MARCOS, TEXAS**

## CERTIFICATE OF SERVICE

I certify that a copy of Notice of Representative Presenting Oral Arguments for Appellant was served in accordance with the Texas Rules of Appellate Procedure as indicated below on December 11, 2015 addressed to:

Craig F. Young
108 E. San Antonio
San Marcos, Texas 78666
512.847.7809
512.393.1212 (Fax)
cyoung@lawyer.com
*Attorney for Morgan Knecht*

Lynn Peach
147 S. Guadalupe, Suite 101
San Marcos, Texas 78666
512.393.9991
888.428.0468 (Fax)
lynn@lynnpeachlaw.com
*Attorney for Sam Brannon*

Brad Rockwell
707 Rio Grande, Ste. 200
Austin, Texas 78701
SBN 17129600
brad@LF-lawfirm.com
512-469-6000
512-482-9346 (fax)
*Attorney for Kathleen O'Connell and*
*Communities for Thriving Water-Fluoride*
*Free San Marcos*

/s/ William M. McKamie____
WILLIAM M. McKAMIE